UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                             CHAPTER 13 PROCEEDING:
JOHN RIVERA                                                           08-70451-M-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Aug 4, 2008.

    2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4. Creditor listed below has refused payment.

    MIDLAND MORTGAGE CO
    999 NW GRAND BLVD STE 110
    OKLAHOMA CITY, OK  73118-6077

    5. As a result, funds owed to the creditor in the amount of $1,454.25 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, February 19, 2010

                                                                    Cindy Boudloche
                                                                    Chapter 13 Trustee
                                                                    555 N. Carancahua  Ste 600
                                                                    Corpus Christi, TX  78478
                                                                    (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                  CHAPTER 13 PROCEEDING:
JOHN RIVERA                                                        08-70451-M-13
DEBTOR

### CERTIFICATE OF SERVICE

    I, Cindy Boudloche , do hereby certify that on Feb 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*/s/ Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JOHN RIVERA                                        RICHARD HABERMANN
4311 AMERICANA LANE                1418 BEECH AVENUE STE 132
MISSION, TX  78572                    MCALLEN, TX  78501

MIDLAND MORTGAGE CO            BARRETT DAFFIN FRAPPIER TURNER &
999 NW GRAND BLVD STE 110       ENGEL LLP
OKLAHOMA CITY, OK  73118-6077    1900 ST JAMES PLACE STE 500
                                                          HOUSTON, TX  77056